UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| FRANKLIN S. YUDKIN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.  3:07-cv-394-JBC |
| | § § | |
| CSC CREDIT SERVICES, INC., | § § § | |
| Defendant. | § | |

### **DEFENDANT CSC CREDIT SERVICES, INC.'S NOTICE OF REMOVAL**

Defendant CSC Credit Services, Inc. ("CSC") files this Notice of Removal.

**I.**

CSC is a defendant in a civil action brought by Franklin S. Yudkin in the Jefferson Circuit Court of the Commonwealth of Kentucky on July 11, 2007.

Pursuant to 28 U.S.C. § 1446(a), CSC has attached to this Notice of Removal a copy of all documents filed or served in this case, along with a certified copy of the state court docket sheet.

**II.**

Plaintiff's Petition was served upon CSC on July 12, 2007.  This Notice of Removal is filed within thirty days of CSC's receipt of that copy of Plaintiff's Petition, and is thus timely filed under 28 U.S.C. Section 1446.

**III.**

According to Plaintiff's Complaint, this is an action for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

Under the FCRA § 1681p, this Court has original federal question subject matter jurisdiction of this action without regard to the amount in controversy.  In addition, this action arises under the laws of the United States, specifically the FCRA; therefore, this Court has subject matter jurisdiction under 28 U.S.C. § 1331.  Accordingly, this action may be removed to this Court, as provided by 28 U.S.C. § 1441(a) and (b).

Respectfully submitted,

<u>/s/ Raymond W. Lembke</u>
Raymond W. Lembke
KBA #815238
Taft, Stettinus & Hollister LLP
1717 Dixie Highway, Suite 340
Covington, KY  41011
(859) 331-2838
 (513) 381-2838
 (513) 381-0205 (Fax)
lembke@taftlaw.com

**ATTORNEY FOR DEFENDANT
CSC CREDIT SERVICES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served this 27th day of July, 2007 by certified mail, return receipt requested, on the following:

Franklin S. Yudkin
100 North Sixth Street, Floor Five
Louisville, KY 40202
Plaintiff *pro se*

                        /s/ Raymond W. Lembke
                        Raymond W. Lembke
                        KBA #815238
                        Taft, Stettinus & Hollister LLP
                        1717 Dixie Highway, Suite 340
                        Covington, KY  41011
                        (859) 331-2838
                        (513) 381-2838
                        (513) 381-0205 (Fax)
                        lembke@taftlaw.com

                        **ATTORNEY FOR DEFENDANT**
                        **CSC CREDIT SERVICES, INC.**