UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| FRANKLIN S. YUDKIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:07-CV-394-JBC |
| | § § | |
| CSC CREDIT SERVICES, INC., | § § § | |
| Defendant. | § § | |

**INDEX OF DOCUMENTS FILED WITH
DEFENDANT CSC CREDIT SERVICES, INC.'S NOTICE OF REMOVAL**

1. Civil Summons served upon Defendant CSC Credit Services.

2. Complaint filed in Jefferson Circuit Court, Division Eleven, Commonwealth of Kentucky, case number 07-CI-06458

3. Jefferson County Random Judge Assignment Report assigning case number 07-CI-0064588 to Judge Geoffrey Morris.

**07 CI 06458**

| AOC-105 | Doc. Code: CI | | Case No. | |
|---|---|---|---|---|
| Rev. 1-07 | 06/27/2007 03:44 pm | | Court | ✓ Circuit ☐ District |
| Page 1 of 1 | Ver. 1.02 | | County | Jefferson |
| Commonwealth of Kentucky | | | | |
| Court of Justice  www.courts.ky.gov | | | | |
| CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | | |

**PLAINTIFF**

Franklin S. Yudkin

100 N. Sixth St, Floor 5
Louisville, KY 40202

**VS.**

CSC Credit Services, Inc.

*JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)*

**DEFENDANT**

**Service of Process Agent for Defendant:**
CT Corporation Systems
Kentucky Home Life Bldg.
_____
Louisville, KY 40202

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2_____                            _____ Clerk
                                               By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this _____ day of _____, 2_____.

Served by: _____
            _____ Title

07-CI-06458

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION _____
CASE NO. _____

FILED IN CLERKS OFFICE
DAVID L. NICHOLSON, CLERK
JUL 11 2007
BY _____ DEPUTY CLERK

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)

FRANKLIN S. YUDKIN                                              PLAINTIFF

VS.                              COMPLAINT

CSC CREDIT SERVICES, INC.                                       DEFENDANT
% SERVICE AGENT: CT CORPORATION SYSTEMS
KENTUCKY HOME LIFE BLDG.
LOUISVILLE, KY 40202

***** ***** *****

Comes the Plaintiff and for his cause of action states as follows:

1. The Plaintiff is an individual and a resident of Louisville, KY.

2. The Defendant is a foreign corporation with a registered agent for service in Louisville, KY.

3. The Plaintiff is a consumer party covered by the Fair Credit Reporting Act and the Fair and Accurate Credit Transaction Act.

4. This court has jurisdiction and venue to hear this matter under 15 USC 1681p.

5. The Plaintiff asked CSC Credit to reinvestigate a reporting concerning US Bank #9503001219. This was originally a Firstar Bank account and taken over by US Bank. On May 19, 2007 CSC generated a reply to that investigation.

6. The Plaintiff had an auto loan with U.S. Bank. According to the records the loan was from 1997 to 2001. Plaintiff ran a CSC- Equifax report. Upon a review of a 91-120 late reporting he sent an inquire letter to CSC.

2

7. CSC replied by a report of May 19, 2007. In that report they now list the Plaintiff being three (3) months late on a payment in April of 2007, with no history on that account in the years listed on the report as sent from January 2003 to December 2007. It also shows last activity date April 2007, which is not true. It shows a date of a last payment of January 2001. It shows a 36 month auto loan from October 1997. Federal law, 15 USC 1681c puts a seven (7) time frame on credit information. With CSC putting months late in April of 2007, this violates the Plaintiff's rights, as the information is not accurate.

8. It is impossible for the Plaintiff to have been three months late on a payment in April of 2007 when the loan close in 2001.

9. Experian lists this same account as "Paid, closed/never late."

10. Federal law, 15 USC 1681e states:

    "Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates."

11. Federal law, 15 USC 1681i requires the reinvestigation. CSC states that "the source continues to report the information you disputed." The Plaintiff states that there is no source that could report 3 months delinquent in April 2007 on an account that was closed in 2001.

12. Federal law, 15 USC 1681g and 1681h require the form of the disclosure to a consumer.

13. Federal law, 15 USC 1691n allows for damages for willful non compliance. The damages are from $100 to $1,000. Punitive damages are also allowed, as well as costs.

14. Federal law, 15 USC 1681n allows damages for negligent non compliance. The damages are from $100 to $1,000 and costs.

**WHEREFORE**, this Plaintiff moves for damages under the above listed Federal statutes and for the amounts allowed as stated above. Defendant failed to comply with the statutes and supply accurate information on their report, when asked to re-verify. For an injunction requiring CSC to remove false reporting as stated above. For costs. For punitive damages for the willful non compliance by false reporting after asking to re-verify. And for all other relief that this court may grant.

_____
Franklin S. Yudkin
100 North Sixth Street, Floor Five
Louisville, KY 40202
(502) 585-2100
(502) 585-2119

Thank you for requesting a copy of your CSC Credit Services credit file. Your credit report contains information received primarily from companies which have granted you credit and from courthouse sources.

| COMPANY REPORTED OPEN *CLSD/MODEL | BALANCE HIGH CREDIT CREDIT LIMIT | DLA LST PAY DT ACT PAY AMT | TYPE/STATUS DURATION FREQUENCY SCHED PMT | DEFER DATE BALLOON DATE BALLOON PYMT | ACCOUNT # MTHS REV PAST DUE CHARGE OFF | ECOA CLASS ACTIVITY DESG |
|---|---|---|---|---|---|---|
| US BANK NA RETAIL LE 05/2007 10/1997 01/2001 AUTO LEASE CLOSED OR PAID ACCOUNT/ZERO BALANCE | $0 $13,423 $- | 04/2007 01/2001 $- | I-2 36M MONTHLY $- | $- | #-9503001219 60 $- $- | INDIVIDUAL PAID |

Payment history:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | X | X | X | 3 | X | X | X | X | X | X | X | X |
| 2006 | X | X | X | X | X | X | X | X | X | X | X | X |
| 2005 | X | X | X | X | X | X | X | X | X | X | X | X |
| 2004 | X | X | X | X | X | X | X | X | X | X | X | X |
| 2003 | X | X | X | X | X | X | X | X | X | X | X | X |

| COMPANY | BALANCE | DLA | TYPE | | ACCOUNT | ECOA |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINAN 05/2007 05/2003 02/2006 AUTO LEASE | $0 $15,660 $- | 06/2006 06/2006 $271 | I-1 36M MONTHLY $410 | $- | #-32471429 46 $- $- | INDIVIDUAL PD/CLOSED |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | X | X | X | X | X | X | X | X | X | X | X | X |
| 2006 | √ | X | X | X | X | X | X | X | X | X | X | X |
| 2005 | 1 | X | X | X | √ | X | √ | 1 | 1 | 1 | √ | √ |
| 2004 | X | X | X | X | X | X | X | X | X | X | X | 1 |
| 2003 | X | X | X | X | X | X | X | X | X | X | 1 | X |

| VW CREDIT INC 04/2007 04/2006 AUTO LEASE | $13,734 $18,835 $- | 04/2007 03/2007 $416 | I-1 48M MONTHLY $392 | $- | #-841557804 11 $- $- | INDIVIDUAL |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | √ | √ | √ | X | X | X | X | X | X | X | X | X |
| 2006 | X | X | X | X | √ | √ | √ | √ | √ | √ | √ | √ |

| DELL FIN SVC/CIT 04/2007 02/2003 CHARGE ACCOUNT | $705 $1,566 $2,000 | 04/2007 04/2007 $- | R-1 $23 | $- | #-79450119006259489 41 $- $- | INDIVIDUAL |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | √ | √ | √ | X | X | X | X | X | X | X | X | X |
| 2006 | √ | √ | √ | X | √ | √ | X | √ | √ | √ | √ | √ |
| 2005 | X | X | X | X | √ | √ | X | X | X | √ | √ | √ |
| 2004 | X | X | X | X | X | X | X | X | X | X | X | X |
| 2003 | X | X | X | X | X | X | X | X | X | X | X | X |

Experian

**NATIONAL CITY BANK KY** ⊙

Account Number: 222239......./ Date Opened: 11/2000
Status: Paid,Closed/Never late.

**NATIONAL CITY BANK KY** ⊙

Account Number: 222251......./ Date Opened: 02/2001
Status: Paid,Closed/Never late.

**NATIONAL CITY BANK KY** ⊙

Account Number: 222174......./ Date Opened: 11/1996
Status: Paid,Closed/Never late.

**NATIONAL CITY MORTGAGE** ⊙

Account Number: 433018......./ Date Opened: 03/1988
Status: Paid,Closed/Never late.

**REPUBLIC BANK & TRUST CO** ⊙

Account Number: 6546......./ Date Opened: 10/2005
Status: Open/Never late.

**US BANK** ⊙

Account Number: 3318......./ Date Opened: 10/2000
Status: Paid,Closed/Never late.

**US BANK** ⊙

Account Number: 950300......./ Date Opened: 10/1997
Status: Paid,Closed/Never late.

**VW CREDIT INC** ⊙

Account Number: 80234......./ Date Opened: 05/1999
Status: Paid,Closed/Never late.

# JEFFERSON County
## Random Judge Assignment Report

**Court:** Circuit Court

**Requestor:** MCNE

**Reference/Case Number:** 07-ci-006458

**This Case has been Assigned to:** 11 Division

Judge Geoffrey Morris    630055

**Control Date/Time:** 07/11/2007   9:31:57AM

3

**Date Printed:** 07/11/2007     **Time Printed:** 9:32:01AM     **Page:** 1